**15 MISC 1902**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE ORDER REQUIRING APPLE, INC.  MEMORANDUM
TO ASSIST IN THE EXECUTION OF A    AND ORDER
SEARCH WARRANT ISSUED BY THIS
COURT.                             15-MC-____ (JO)
------------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

On October 8, 2015, the government submitted under seal an application for an order pursuant to the All Writs Act, 28 U.S.C. § 1651, directing Apple, Inc. to assist in the execution of a federal search warrant by disabling the security of an Apple device that the government has lawfully seized pursuant to a warrant issued by this court. I respectfully direct the Clerk to maintain that document under seal on the public docket of this matter. I further respectfully direct the Clerk to file on the public docket of the same matter my Memorandum and Order dated October 8, 2015, which ruled on the government's application without referring to any specific information that would compromise a continuing investigation.[1]

SO ORDERED.

Dated: Brooklyn, New York
       October 9, 2015

                                           /s/
                                    JAMES ORENSTEIN
                                    U.S. Magistrate Judge

---

[1] Before issuing the instant order, I allowed the government to review a draft of the Memorandum and Order so that it could identify any information in the document that should properly remain under seal; the government advised that the document contained no such information.