

U.S. Department of Justice

United States Attorney
Eastern District of New York

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 13, 2015

<u>By Hand and ECF</u>

The Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>   Re:   In re Order Requiring Apple Inc. to
>         Assist in the Execution of a Search Warrant
>         <u>Docket No. 15 Misc. 1902 (JO)</u>

Dear Judge Orenstein:

On October 8, 2015, Your Honor issued a Memorandum and Order deferring ruling on an application by the United States for an order directing Apple Inc. to assist the government in executing a federal search warrant. Docket No. 2. That Order directed Apple Inc. to file a response to the Memorandum and Order by October 15, 2015.

The government and Apple Inc. jointly request that Apple Inc.'s deadline to file a response be extended to Monday, October 19, 2015.

>    Respectfully submitted,
>
>    KELLY T. CURRIE
>    Acting United States Attorney
>
> By:  /s/ Lauren Howard Elbert
>    Lauren Howard Elbert
>    Assistant U.S. Attorney
>    (718) 254-7577

cc:   Marc Zwillinger, Esq. (counsel to Apple Inc.) (by e-mail)