

U.S. Department of Justice

United States Attorney
Eastern District of New York

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 21, 2015

<u>By Hand and ECF</u>

The Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>In re Order Requiring Apple Inc. to</u>
              <u>Assist in the Execution of a Search Warrant</u>
              <u>Docket No. 15 Misc. 1902 (JO)</u>

Dear Judge Orenstein:

      On October 8, 2015, Your Honor issued a Memorandum and Order deferring ruling on an application by the United States for an order directing Apple Inc. ("Apple") to assist the government in executing a federal search warrant. Docket No. 2. Apple filed its response to that Order on October 19, 2015, in which it did not seek oral argument. On October 20, 2015, Your Honor invited Apple to supplement its submission and to appear at a hearing in order to answer questions of the Court.

      The government and Apple have consulted with the Court's clerk, who informed the parties that the Court is available for a hearing in this matter on Monday, October 26, 2015 at 11:30 a.m. The government and Apple jointly request that the hearing

scheduled for October 22, 2015 be rescheduled to October 26, 2015 at 11:30 a.m., and that Apple be granted until Friday, October 23, 2015 to submit any supplemental response to the Court's Memorandum and Order.

          Respectfully submitted,

          ROBERT L. CAPERS
          United States Attorney

By:    /s/ Lauren Howard Elbert
          Lauren Howard Elbert
          Assistant U.S. Attorney
          (718) 254-7577

cc:    Marc Zwillinger, Esq. (counsel to Apple Inc.) (by e-mail)