**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ORDER REQUIRING APPLE, INC. TO ASSIST IN THE EXECUTION OF A SEARCH WARRANT ISSUED BY THIS COURT | No. 15 MISC 1902 (JO) |

## NOTICE OF FILING OF CERTIFICATES OF GOOD STANDING

Pursuant to the Court's Orders dated October 19, 2015 (ECF Nos. 8 and 9), attached as Exhibit A are certificates of good standing for each state in which Attorney Marc J. Zwillinger is admitted. Attached as Exhibit B are certificates of good standing for each state in which Attorney Jeffrey G. Landis is admitted.

Dated: October 23, 2015

Respectfully submitted,

/s/ Jeffrey Landis
Jeffrey G. Landis
ZWILLGEN PLLC
1900 M Street, NW, Suite 250
Washington, DC 20036
jeff@zwillgen.com
Tel: (202) 296-3585

*Counsel for Apple Inc.*