| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | JAMES ORENSTEIN<br>U.S. MAGISTRATE JUDGE | DATE:<br>TIME: | 10/26/2015<br>11:30 a.m. |

*Order requiring Apple, Inc. to assist in the execution of a search warrant issued by the court*
15-MC-1902 (JO)

TYPE OF CONFERENCE: Hearing

APPEARANCES:  United States   Saritha Komatireddy, Lauren H. Elbert, Ameet B. Kabrawala

   Apple, Inc.   Marc J. Zwillinger, Jeffrey G. Landis

SCHEDULING: There are no further conferences scheduled before me at this time.

SUMMARY: I heard argument on the government's motion and reserved decision. The government and Apple may submit supplemental letters in support of their respective positions by October 28, 2015.

SO ORDERED

_____/s/_____
JAMES ORENSTEIN
U.S. Magistrate Judge