

U.S. Department of Justice

United States Attorney
Eastern District of New York

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 29, 2015

<u>By Hand and ECF</u>

The Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: In re Order Requiring Apple Inc. to
      Assist in the Execution of a Search Warrant
      <u>Docket No. 15 Misc. 1902 (JO)</u>

Dear Judge Orenstein:

  On October 22, 2015, the government submitted a reply memorandum in which it requested an expedited ruling in the above-captioned matter in order to secure evidence in time for the trial in <u>United States v. Jun Feng</u>, No. 14-CR-387 (MKB), which was scheduled to begin on November 16, 2015.  ECF No. 15 at 4.

  The government writes to inform the Court that the defendant in that case, Jun Feng, entered a plea of guilty before United States Magistrate Judge Go earlier today.  The government persists in the application pending before the Court, but in view of the guilty plea, no longer requests expedited treatment.

           Respectfully submitted,

          ROBERT L. CAPERS
          United States Attorney

       By: <u>  /s/ Lauren Howard Elbert          </u>
          Lauren Howard Elbert
          Assistant U.S. Attorney
          (718) 254-7577

cc: Marc Zwillinger, Esq. (counsel to Apple Inc.) (by ECF)