UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ORDER REQUIRING APPLE, INC. TO ASSIST IN THE EXECUTION OF A SEARCH WARRANT ISSUED BY THE COURT | 15 MC 1902 (JO)<br>14 CR 387 (MKB) |

## NOTICE OF APPEARANCE

The undersigned, MYLAN L. DENERSTEIN, respectfully enters her appearance as counsel for Interested Party Apple Inc. ("Apple"), and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Apple.  The undersigned is admitted to practice before this Court.

Dated: New York, New York
       March 11, 2016

GIBSON, DUNN & CRUTCHER LLP

By:  *s/ Mylan L. Denerstein*
     Mylan L. Denerstein

200 Park Avenue
New York, NY 10166
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4035
mdenerstein@gibsondunn.com

*Attorneys for Interested Party Apple Inc.*