

U.S. Department of Justice

United States Attorney
Eastern District of New York

ZA:SK/LHE/AK                                                                 271 Cadman Plaza East
F.#2014R00236                                                                Brooklyn, New York 11201

April 8, 2016

By Hand and ECF

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: In re Order Requiring Apple Inc. to
       Assist in the Execution of a Search Warrant
       Docket Nos. 15-MC-1902, 14-CR-387

Dear Judge Brodie:

   The government respectfully submits this letter in response to the Court's March 29, 2016 Order requiring the government to notify the Court as to whether it intends to modify its March 7, 2016 application. The government does not intend to modify its March 7, 2016 application. The government's application is not moot and the government continues to require Apple's assistance in accessing the data that it is authorized to search by warrant. ECF No. 30 at 41.

            Respectfully submitted,

            ROBERT L. CAPERS
            United States Attorney

       By:  /s/
            Saritha Komatireddy
            Lauren Howard Elbert
            Ameet Kabrawala
            Assistant U.S. Attorneys
            (718) 254-7000

cc:  All counsel of record (by ECF)