

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SDD:SK/AK
F.#2014R00236

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 22, 2016

By Hand and ECF

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    In re Order Requiring Apple Inc. to
                  Assist in the Execution of a Search Warrant
                  Docket Nos. 15-MC-1902, 14-CR-387

Dear Judge Brodie:

      The government respectfully submits this letter to update the Court and the parties. Yesterday evening, an individual provided the passcode to the iPhone at issue in this case. Late last night, the government used that passcode by hand and gained access to the iPhone. Accordingly, the government no longer needs Apple's assistance to unlock the iPhone, and withdraws its application.

                                            Respectfully submitted,

                                            ROBERT L. CAPERS
                                            United States Attorney

                          By:    /s/
                                            Saritha Komatireddy
                                            Lauren Howard Elbert
                                            Ameet Kabrawala
                                            Assistant U.S. Attorneys
                                            (718) 254-7000

cc:    All counsel of record (by ECF)